IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

DAVID GIL DE RUBIO SANTIAGO

     Debtor(s)

------------------------------------------------------*

CASE NO. 24-02548-ESL

CHAPTER 13

## MOTION REQUESTING ENTRY OF ORDER

TO THE HONORABLE COURT:

NOW COMES the above named debtor through the undersigned attorney and very respectfully prays and alleges.

1.  That the undersigned filed Form B2030 Disclosure of Compensation for Attorney with fees due in the sum of $3,970.00.  Debtor funded the plan up to the sum of $3,000.00 as confirmed by Trustee's employee.

2.  That the undersigned has performed all of the duties necessary for the case to the confirmed and the case was dismissed due to arrears incurred by debtor.

3.  That the undersigned prays that the Trustee would disburse the payment for Attorney Fees due with the funds on hand, less Trustee's fee, as per Disclosure of Compensation for Attorney's fees (B2030) filed with balance due in the sum of $3,970.00 for services already performed.

WHEREFORE, it is respectfully requested that this Honorable Court may take notice of the aforestated and enter an Order directed to the Chapter 13 Trustee to tender payment to the undersigned, from funds on hand, for compensation for attorney's fees for services performed.

I CERTIFY that on this date I have electronically filed the foregoing motion with

the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants, Chapter 13 Trustee Jose R. Carrion, Esq., to parties in interest and by First Class U.S. Mail to creditors as per master address list.

In San Juan, Puerto Rico on this 9th day of September 2024

14 DAYS NOTICE

TO ALL PARTIES IN INTEREST:

WITHIN fourteen (14) days after services as evidenced by the Certification and an additional three (3) days pursuant to Federal Rules of Bankruptcy Procedure 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless; (i) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

/S/EMILY DARICE DAVILA
EMILY D DAVILA, ESQ
USDC-PR 214503
MIDTOWN SUITE 311
420 PONCE DE LEON AVE
SAN JUAN, PR  00918
TEL.787 759-8090, 250-1534
davilalaww@prtc.net
davilalawe@prtc.net